RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 09 2019

JAMES W. McCORMACK, CLERK
By:_____
         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LINDSEY HUFF AND CHRIS HUFF                                    PLAINTIFFS

v.                          NO. 4:19-cv-337-BRW

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                              DEFENDANT

## NOTICE OF REMOVAL

COMES NOW the Defendant, Allstate Property and Casualty Insurance Company, by and through its attorneys, Barber Law Firm PLLC, and makes this Notice of Removal, stating:

1.  That, on or about April 5, 2019, an action was commenced in the Circuit Court of Pulaski County, Arkansas, styled *Lindsey Huff and Chris Huff v. Allstate Property and Casualty Insurance Company*, and was assigned docket number 60CV-19-2287; that, in compliance with 28 U.S.C. § 1446(a), true and correct copies of all known process and pleadings filed with the Circuit Court Clerk are attached hereto and marked collectively as Exhibit "A";

2.  That the above-described action is a civil action, which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens and entities of different states. 28 U.S.C. §1332(a);

3.  That, for the foregoing reasons, this action is one in which this Court would have original jurisdiction pursuant to 28 U.S.C. §1332;

4.  That Defendant's Notice of Removal is being timely filed within thirty (30) days of actual service of the Summons and Complaint;

**This case assigned to District Judge** Wilson
**and to Magistrate Judge** Harris

5. That Plaintiffs, Lindsey Huff and Chris Huff, are residents of Vilonia, Faulkner County, Arkansas, for diversity purposes;

6. That Defendant, Allstate Property and Casualty Insurance Company, is a foreign corporation organized under the laws of the State of Illinois and with its principal place of business in Northbrook, Illinois;

7. That, in light of the above, complete diversity exists in this cause;

8. That, in compliance with 28 U.S.C. § 1446(d), notice of this removal has been given to the Circuit Court of Pulaski County, Arkansas, as well as to Plaintiff, by the filing and service of a Notice of Removal, a copy of which is attached hereto as Exhibit "B";

9. That this action, previously pending in the Circuit Court of Pulaski County, Arkansas, has been removed therefrom to this Court.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483
501-372-6175
Email: ccunningham@barberlawfirm.com

BY: _____
J. Cotten Cunningham, AR BIN 97238

### Verification by J. Cotten Cunningham

I hereby state under oath that the statements set forth in the foregoing Petition are true and correct to the best of my knowledge, information and belief.

_____
J. Cotten Cunningham

STATE OF ARKANSAS        )
                         )ss.   VERIFICATION
COUNTY OF Pulaski        )

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, on this, the 8th day of May, 2019.

_____
NOTARY PUBLIC
My Commission Expires: August 18, 2023

```
SUSAN MINOR
PULASKI COUNTY
NOTARY PUBLIC -- ARKANSAS
My Commission Expires August 18, 2023
Commission No. 12394878
```

3

## CERTIFICATE OF SERVICE

     I hereby certify that on this, the 8th day of May, 2019, a copy of the above and foregoing pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

andy@taylorlawfirm.com
Andrew M. Taylor, Esq.
tasha@taylorlawfirm.com
Tasha C. Taylor, Esq.
12921 Cantrell Road, Suite 205
Little Rock, Arkansas 72223

                                               _____
                                               J. Cotten Cunningham