IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDSEY HUFF, AND CHRIS HUFF,**                                    **PLAINTIFFS**

**v.**                       Case No.  4:19CV00337 - BRW

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,**                                **DEFENDANT**

## INITIAL SCHEDULING ORDER

Pursuant to the initial appearance entered by defendant(s) in this case on  May 8, 2019 the following deadlines and proposals are in effect:

**(1)  Rule 26(f) Conference Deadline:**                    **July 16, 2019**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

**(2)  Rule 26(f) Report Due Date:**                        **July 30, 2019**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The Report should be filed with the Clerk of the Court.

**(3)  Proposed Trial Date:**                               **May 12, 2020**
                                                            Richard Sheppard Arnold United
                                                            States Courthouse, Courtroom
                                                            #A401, 500 West Capitol, Little
                                                            Rock, Arkansas 72201

**(4)  Rule 16(b) Conference (if needed):**                 **August 6, 2019**

A telephone conference, at the request of the parties, will be held **August 6, 2019**, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the

trial date proposed by the Court, then the telephone conference scheduled for **August 6, 2019** will be unnecessary.

**(5)  Final Scheduling Order:**                                            **August 13, 2019**

A Final Scheduling Order will be issued on or before **August 13, 2019**, confirming the trial date of **May 12, 2020**, setting directions, and resolving any disputes taken up at the telephone conference.

If the parties want a Protective Order entered, they must first contact the law clerk assigned to the case.

It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on any defendant who makes an appearance after the Initial Scheduling Order has been filed.

It will be the responsibility of the party filing a new claim after the date of the Initial Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s).

The Pine Bluff and Batesville courthouses have been closed.  Accordingly, cases filed in the Pine Bluff and Northern Divisions will be tried in Little Rock before a jury selected from the registered voters of the division in which the case was filed.  If the parties wish to try the case within a closed division, then the parties must include in their Rule 26(f) report the reason, and propose an alternate facility within the closed division where the parties agree to try the case and which does not add any expense to the federal judiciary.

IT IS SO ORDERED Thursday, May 9, 2019.

AT THE DIRECTION OF THE COURT

Melanie Beard
Courtroom Deputy
